

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| GREGG KIKEN, et al., Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS HOLDINGS, INC., at al.,<br><br>Defendants. | No. 4:13-cv-00157-AWA-DEM<br>Hon. Arenda L. Wright Allen<br><br>**CLASS ACTION** |
| CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMBER LIQUIDATORS HOLDINGS, INC., ROBERT M. LYNCH, and DANIEL E. TERRELL,<br><br>Defendants. | No. 4:14-cv-00154-AWA-DEM<br>Hon. Arenda L. Wright Allen<br><br>**CLASS ACTION** |

**ORDER CONSOLIDATING THE ABOVE-CAPTIONED ACTIONS,
APPOINTING LEAD PLAINTIFFS,
AND APPROVING SELECTION OF CO-LEAD COUNSEL**

Upon consideration of (1) the Joint Motion of Gregg Kiken, Keith Foster, David Lorenzo, and Charles Hickman for Consolidation of the above-captioned actions, appointment as Lead Plaintiffs, and approval of their selection of Co-Lead Counsel (the "Joint Motion"); and (2) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Joint Motion is **GRANTED**.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Lumber Liquidators Holdings, Inc.*, No. 4:14-cv-00154-AWA-DEM (E.D. Va.) (the "*Hallandale* Action") is consolidated with *Kiken v. Lumber Liquidators Holdings, Inc.*, No. 4:13-cv-00157-AWA-DEM (E.D. Va.) (the "*Kiken* Action" and together with the *Hallandale* Action, the "Consolidated Action").

3. Kiken, Foster, Lorenzo, and Hickman are **APPOINTED** to serve as Lead Plaintiffs in the Consolidated Action and all related actions consolidated pursuant to paragraph 5 of this Order.

4. Kiken's, Foster's, Lorenzo's, and Hickman's selection of Co-Lead Counsel is **APPROVED**, and Pomerantz LLP and Bernstein Litowitz Berger & Grossmann LLP are **APPOINTED** as Lead Counsel for the Class, and Cohen Milstein Sellers & Toll PLLC is **APPOINTED** as Liaison Counsel for the Class.

5. The parties request that any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action be consolidated for all purposes. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and subsequently-filed or transferred actions shall be randomly distributed for judicial assignment. Counsel to subsequently-filed or transferred actions who believe that consolidation with the above-listed action is appropriate are

**DIRECTED** to immediately file a formal motion for reassignment and consolidation stating the basis for the proposed reassignment. Such motions must be accompanied by a proposed Order that reassigns the case and declares that the case is consolidated for all purposes including trial. Such motions will be taken under advisement after fourteen days, during which time any objections to the motion should be advanced.

6. This action shall be captioned "*In re Lumber Liquidators Holdings, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 4:13-cv-00157-AWA-DEM.

7. Lead Plaintiffs shall have 30 days from the entry of this Order to file a Consolidated Amended Complaint, which may include recent relevant disclosures and any other relevant facts or disclosures pertinent to Lead Plaintiffs' claims.

8. The following motions are denied as moot: (1) Motion of Kiken and Foster for Leave to File Third Amended Complaint, *Kiken* Action, ECF No. 33; (2) Motion of City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust and Lehigh County Employees' Retirement System to Intervene, *Kiken* Action, ECF No. 38; (3) Motion of Hickman for Appointment as Lead Plaintiff and Approval of Counsel, *Hallandale* Action, ECF No. 28; (4) Motion of Lorenzo for Appointment as Lead Plaintiff and Approval of Counsel, *Hallandale* Action, ECF No. 32; (5) Motion of Lorenzo to Intervene, *Kiken* Action, ECF No. 55; and (6) Motion of Kiken and Foster to Consolidate Cases, *Kiken* Action, ECF No. 60, *Hallandale* Action ECF No. 40.

**IT IS SO ORDERED.**

Dated: 3·23, 2015

HON. ARENDA L. WRIGHT ALLEN
UNITED STATES DISTRICT JUDGE