**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| IN RE LUMBER LIQUIDATORS HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) |  Master File No. 4:13-cv-00157-AWA-DEM<br><br>Hon. Arenda L. Wright Allen<br><br><u>CLASS ACTION</u> |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
<u>CONSOLIDATED AMENDED COMPLAINT</u>**

Defendants Lumber Liquidators Holdings, Inc., Robert M. Lynch, Daniel E. Terrell, Thomas D. Sullivan, and William K. Schlegel hereby move under Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims brought against them by Plaintiffs. For the reasons more fully set forth in the Memorandum of Law in Support of this Motion, the Plaintiffs' Consolidated Amended Complaint for Violations of Federal Securities Laws, ECF No. 80, fails to state claims upon which relief can be granted, as it does not satisfy the applicable pleading standards. In support of this Motion, Defendants submit a Memorandum of Law, a Declaration of Lyle Roberts, and supporting exhibits that may be considered in ruling on this Motion to Dismiss.

Dated:  June 2, 2015                                              Respectfully submitted,

/s/ *Lyle Roberts*
Lyle Roberts
Virginia State Bar Number 45808
George E. Anhang
Kyle P. Reynolds
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004
Telephone:  (202) 842-7800
Facsimile:   (202) 842-7899
lroberts@cooley.com
ganhang@cooley.com
kreynolds@cooley.com

Jonathan P. Bach
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
jbach@cooley.com

*Counsel for Lumber Liquidators Holdings, Inc., Robert M. Lynch, Daniel E. Terrell, Thomas D. Sullivan, and William K. Schlegel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Steven J. Toll
>Daniel S. Sommers
>Elizabeth Aniskevich
>COHEN MILSTEIN SELLERS & TOLL PLLC
>1100 New York Ave., NW
>Washington, DC 20005-3956
>stoll@cohenmilstein.com
>dsommers@cohenmilstein.com
>dbunch@cohenmilstein.com
>eaniskevich@cohenmilstein.com

*Liaison Counsel for the Class*

>Jeremy A. Lieberman
>Michael J. Wernke
>POMERANTZ LLP
>600 Third Avenue, 20th Floor
>New York, New York 10016
>Telephone: (212) 661-1100
>Facsimile: (212) 661-8665

>Patrick V. Dahlstrom
>POMERANTZ LLP
>10 South LaSalle Street, Suite 3505
>Chicago, Illinois 60603
>Telephone: (312) 377-1181
>Facsimile: (312) 377-1184

>Gerald H. Silk
>Avi Josefson
>Jai K. Chandrasekhar
>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
>1285 Avenue of the Americas
>New York, New York 10019
>Telephone: (212) 554-1400
>Facsimile: (212) 554-1444
>jerry@blbglaw.com
>avi@blbglaw.com
>jai@blbglaw.com

*Co-Lead Counsel for the Class*

Case 4:13-cv-00157-AWA-DEM Document 82 Filed 06/02/15 Page 4 of 4 PageID# 1553

Susan R. Podolsky (Va. Bar #27891)
LAW OFFICES OF SUSAN R. PODOLSKY
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Additional Counsel for Plaintiffs*

/s/ Lyle Roberts
Lyle Roberts
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004
Telephone:  (202) 842-7800
Facsimile:   (202) 842-7899
Email:  lroberts@cooley.com

*Counsel for Lumber Liquidators Holdings, Inc., Robert M. Lynch, Daniel E. Terrell, Thomas D. Sullivan and William K. Schlegel*