## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

_____ )
                                                )

|  |  |
|---|---|
| | )    Master File No. 4:13-cv-00157-AWA-DEM |
| IN RE LUMBER LIQUIDATORS | ) |
| HOLDINGS, INC. SECURITIES | )    Hon. Arenda L. Wright Allen |
| LITIGATION | ) |
| | )    <u>CLASS ACTION</u> |
| | ) |
| _____ | ) |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Connie N. Bertram, of Proskauer Rose LLP, hereby enters an appearance as counsel for Defendant Robert M. Lynch, in the above-captioned matter.

July 29, 2015

                                 Respectfully submitted,

                                 */s/  Connie N. Bertram*
                                 Connie N. Bertram (VA Bar #31713)
                                 Proskauer Rose LLP
                                 1001 Pennsylvania Avenue N.W.
                                 Suite 600 South
                                 Washington, DC 20004 USA
                                 Phone: 202.416.6810
                                 Fax: 202.416.6899

                                 *Attorney for Robert M. Lynch*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July, 2015, I will electronically file the

foreground with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

Steven J. Toll
Daniel S. Sommers
Elizabeth Aniskevich
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW
Washington, DC 20005-3956
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
eaniskevich@cohenmilstein.com

*Liaison Counsel for the Class*

Jeremy A. Lieberman
Michael J. Wernke
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

Gerald H. Silk
Avi Josefson
Jai K. Chandrasekhar
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com
jai@blbglaw.com

*Co-Lead Counsel for the Class*

Susan R. Podolsky (Va. Bar #27891)
LAW OFFICES OF SUSAN R. PODOLSKY
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com
*Additional Counsel for Plaintiffs*

Lyle Roberts
COOLEY LLP
1299 Pennsylvania Avenue, N.W., Suite 700
Washington, DC 20004
Telephone: (202)842-7800
Facsimile: (202)842—7899
lroberts@cooley.com

*Counsel for Defendants Lumber Liquidators
Holdings, Inc., Thomas D. Sullivan,
and Daniel E. Terrell*

Elizabeth Solander
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Suite 600
Washington, DC 20006-2401
Telephone: (202) 721-4654
Facsimile: (202) 721-4646
solander@hugheshubbard.com

*Counsel for Defendant William Schlegel*

/s/  *Connie Bertram*
Connie Bertram