IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __4:13 cv 157__, Case Name __In re Lumber Liquidators Holdings, Inc. Securities Litigation__
Party Represented by Applicant: __Robert M. Lynch__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Ralph Carmine Ferrara__
Bar Identification Number __156380__   State __DC__
Firm Name __Proskauer Rose LLP__
Firm Phone # __(202) 416-6800__   Direct Dial # __(202) 416-5820__   FAX # __(202) 416-6899__
E-Mail Address __rferrara@proskauer.com__
Office Mailing Address __1001 Pennsylvania Ave, N.W. / Suite 600 South / Washington, DC 20004-2533__

Name(s) of federal court(s) in which I have been admitted __Supreme Court of the U.S., 2d Cir., 3rd Cir., 4th Cir., 5th Cir., 6th Cir., 10th Cir., D.C. Cir., SDNY, D.D.C., U.S. Ct. of Federal Claims__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   7/29/15 (Date)
Connie N. Bertram   31713
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)   (Date)