

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

IN RE LUMBER LIQUIDATORS
HOLDINGS, INC. SECURITIES
LITIGATION

Master File No. No. 4:13-cv-00157-AWA-DEM

Hon. Arenda L. Wright Allen

CLASS ACTION

### ORDER GRANTING LUMBER LIQUIDATORS HOLDINGS, INC.'S MOTION FOR ORDER PERMITTING KYLE P. REYNOLDS TO WITHDRAW AS COUNSEL OF RECORD

Before the Court is Defendant Lumber Liquidators Holdings, Inc.'s motion for an order permitting Kyle Reynolds to withdraw as attorney of record in this case. Having reviewed the motion, the Court finds good cause to grant it.

The motion is therefore GRANTED. IT IS ORDERED that Kyle Reynolds may withdraw as as attorney of record for Defendant Lumber Liquidators Holdings, Inc. The Clerk of Court is instructed to terminate Mr. Reynolds as counsel of record.

_____
Arenda L. Wright Allen
United States District Judge

June 10, 2016
Norfolk, Virginia