**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| IN RE LUMBER LIQUIDATORS HOLDINGS, INC. SECURITIES LITIGATION | Master No. 4:13-cv-00157-AWA-LRL<br>Hon. Arenda L. Wright Allen<br><br>Consolidated with cases:<br>4:14-cv-154<br>4:15-cv-16<br>4:15-cv-25<br>4:15-cv-30 |

**UPDATED JOINT INTERIM STATUS REPORT**

The parties to the Derivative Actions (Lead Case No. 4:15-cv-16, Consolidated Case Nos. 4:15-cv-25, 4:15-cv-30), hereby inform the Court that although certain terms remain unresolved, they continue to work diligently towards finalizing the definitive stipulation of settlement. The parties will continue to update the Court every 30 days until the entry of final settlement documents in the Derivative Actions has occurred.

| | |
|---|---|
| Dated: June 17, 2016 | Respectfully submitted, |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **COOLEY LLP** |
| */s/ Benny Copeline Goodman, III* | */s/ Lyle Roberts* |
| Benny Copeline Goodman, III | Lyle Roberts (Va. Bar No. 45808) |
| Darren J. Robbins | George E. Anhang |
| Erik William Luedeke | 1299 Pennsylvania Avenue, N.W. |
| 655 West Broadway, Suite 1900 | Suite 700 |
| San Diego, CA 92101 | Washington, DC 20004 |
| Telephone: (619) 231-1058 | Telephone: (202) 842-7800 |
| Facsimile: (619) 231-7423 | Facsimile: (202) 842-7899 |
| darrenr@rgrdlaw.com | lroberts@cooley.com |
| bennyg@rgrdlaw.com | ganhang@cooley.com |
| eluedeke@rgrdlaw.com | -and- |
| | |
| **WILLCOX & SAVAGE PC** | **COOLEY LLP** |
| Brett A. Spain | Jonathan P. Bach |
| Wells Fargo Center | 1114 Avenue of the Americas |
| 440 Monticello Avenue, Suite 2200 | New York, NY 10036-7798 |
| Norfolk, VA 23510 | Telephone: (212) 479-6000 |
| Telephone: (757) 628-5500 | Facsimile: (212) 479-6275 |
| Facsimile: (757) 628-5566 | jbach@cooley.com |
| bspain@wilsav.com | |
| | *Counsel for Lumber Liquidators Holdings, Inc., Macon F. Brock, Jr., Jeffrey W. Griffiths, Douglas T. Moore, John M. Presley, Peter B. Robinson, Martin F. Roper, Nancy M. Taylor, Jimmie Wade* |
| *Counsel for Lead Plaintiff Amalgamated Bank, as Trustee for The Longview 600 Small Cap Index Fund, Derivatively on behalf of Lumber Liquidators Holdings, Inc.* | |
| | **PROSKAUER ROSE LLP** |
| | */s/ Connie N. Bertram* |
| | Connie N. Bertram (Va. Bar No. 31713) |
| | Ralph C. Ferrara |
| | Ann M. Ashton |
| | 1001 Pennsylvania Avenue, N.W. |

Suite 600 South
Washington, DC  20004
Telephone: (202) 416-6810
Facsimile: (202) 416-6899
cbertram@proskauer.com
rferrara@proskauer.com
aashton@proskauer.com
      -and-

**PROSKAUER ROSE LLP**

Jonathan Richman
11 Times Square
New York, NY  10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
jerichman@proskauer.com

*Counsel for Robert M. Lynch*

**PEPPER HAMILTON LLP**

*/s/ Laurence Z. Shiekman*
Laurence Z. Shiekman
Robin P. Sumner
Lindsay D. Breedlove
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
shiekmanl@pepperlaw.com
breedlovel@pepperlaw.com
sumnerr@pepperlaw.com
      -and-

**PEPPER HAMILTON LLP**

Matthew D. Foster
600 14th Street NW
Washington, DC 20005

*Counsel for Defendants Nancy M. Taylor, Jimmie L. Wade and Martin F. Roper, in their capacity as the Demand Review Committee of Lumber Liquidators, Inc.*

**BAKER & MCKENZIE LLP**

*/s/ Brian L. Whisler*

3

        Brian L. Whisler (Va. Bar No. 30435)
        Jennifer Ancona Semko
        815 Connecticut Avenue, N.W.
        Washington, DC 20006
        Telephone: (202) 452-7000
        Facsimile: (202) 416-6937
        brian.whisler@bakermckenzie.com
        jennifer.semko@bakermckenzie.com

        *Counsel for Thomas D. Sullivan*

        **DEBEVOISE & PLIMPTON LLP**

        */s/ Jonathan R. Tuttle*
        Jonathan R. Tuttle (Va. Bar No. 34465)
        801 Pennsylvania Avenue, N.W., Suite 500
        Washington, DC 20004
        Telephone: (202) 383-8124
        Facsimile: (202) 383-8118
        jrtuttle@debevoise.com

        *Counsel for Daniel E. Terrell*

        **HUGHES HUBBARD & REED LLP**

        */s/ Sean M. Reilly*
        Sean M. Reilly (Va. Bar No. 36511)
        Elizabeth C. Solander
        Kevin T. Abikoff
        John F. Wood
        1775 I Street, N.W., Suite 600
        Washington, DC 20006-2401
        Telephone: (202) 721-4600
        Facsimile: (202) 721-4646
        solander@hugheshubbard.com
        kevin.abikoff@hugheshubbard.com
        john.wood@hugheshubbard.com

        *Counsel for William K. Schlegel*

        **MORGAN, LEWIS & BOCKIUS LLP**

        */s/ Dallas Jacob Egging Kaplan*
        Dallas Jacob Egging Kaplan
        1111 Pennsylvania Avenue, NW
        Washington, DC 20004
        Telephone: (202) 739-5407

Facsimile: (202) 739-3001
dkaplan@morganlawis.com
-and-

**MORGAN, LEWIS & BOCKIUS LLP**
Laura Hughes McNally
Marc J. Sonnenfeld
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
lmcnally@morganlewis.com
msonnenfeld@morganlewis.com

*Counsel for Defendant Carl R. Daniels, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney
Jonathan D. Uslaner
Brett M. Middleton
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brettm@blbglaw.com
      -and-

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com
*Co-Lead Counsel for the Class*

**LAW OFFICES OF SUSAN R. PODOLSKY**
Susan R. Podolsky (Va. Bar #27891)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com
*Additional Counsel for Plaintiffs*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Daniel S. Sommers
S. Douglas Bunch
Elizabeth A. Aniskevich (Va. Bar #81809)
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005-3965
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
eaniskevich@cohenmilstein.com
*Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Michael J. Wernke
Michele S. Carino
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
mcarino@pomlaw.com
         -and-
**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
*Co-Lead Counsel for the Class*

*/s/ Lyle Roberts*
Lyle Roberts
COOLEY LLP

6

        1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899
lroberts@cooley.com